MARY C. WORKS, Appellant, *v.* THE CITY OF LOCKPORT, Respondent.

(Submitted October 27, 1884; decided November 25, 1884.)

*Ransom & Joyce* for appellant.

*Benjamin J. Hunting* for respondent.

Agree to affirm on opinion below.

All concur.

Order affirmed, and judgment absolute ordered against plaintiff.